UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITNEY NATIONAL BANK,

    Plaintiff,

v.                                                                Case No.  8:10-cv-594-T-24TGW

ACCEND, INC., a Florida corporation,
and JOHN H. COLLINS, individually,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Extension of Time to File Dispositive Motions.  (Doc. No. 21).  In this motion, Plaintiff request that the Court extend the dispositive motion deadline by forty-five days.  While the Court will grant the motion, the Court must also move the pretrial conference and trial so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference.  No further extensions will be given. The Court will issue an amended scheduling order.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of February, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record